## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KRISTEN BEHRENS, POWER OF ATTY FOR EDGAR PALACIOS AGUILERA AND YELENI GONZALEZ HERRERA H/W

v.

THE PEP BOYS - MANNY, MOE & JACK AND JOHN DOE 1-10

PETITION OF : THE PEP BOYS - MANNY, MOE & JACK

: No. 258 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.